**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01366-CV

## WASH TECHNOLOGIES OF AMERICA CORPORATION, ET AL., Appellants

## V.

## JOHN C. PAPPAS, Appellee

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-16090

## ORDER

We **GRANT** appellants' October 21, 2013 motion to substitute counsel. We **DIRECT** the Clerk of this Court to substitute Sean S. Mofjarrad with the Modjarrad & Abusaad Law Firm as counsel for appellants in the place of James M. Stanton of the Stanton Law Firm PC.

We **GRANT** appellants' October 29, 2013 unopposed motion for an extension of time to file a brief. Appellants shall file their brief on or before **Monday, December 2, 2013**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE